# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Scriven , Mary S. | **2. Court or Organization**<br><br>U.S. District Court, Tampa, Division | **3. Date of Report**<br><br>09/10/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Full Time District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>U.S. District Court<br>801 N. Florida AVe.<br>Tampa, Florida 33602 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 09/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Salary Lansing C. Scriven P.A. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 04/04/19-04/07/19 | Coral Gables, Florida | Law Related Seminar | Transportation, Meals, Lodging |
| 2. | FJA | 04/15/2019-04/16/19 | Dallas, Texas | Board Meeting Federal Judges Assoc. | Transportation, Meals, Lodging |
| 3. | ABA | 11/07/19-11/09/19 | New Orleans, Louisiana | Law Related Seminar | Transportation, Meals, Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scriven , Mary S.** | 09/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Consumer credit card-unsecured | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 09/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. FMI FDS INC INTL FD INSTL | D | Interest | K | T | | | | | |
| 2. FMI FDS INC INTL FD INSTL | D | Interest | J | T | | | | | |
| 3. BLACKROCK HEALTH SCI OPPS INST | A | Interest | J | T | | | | | |
| 4. BLUE CHIP GROWTH T. ROWE PRICE | D | Interest | J | T | | | | | |
| 5. COHEN AND STEERS REALTY INCOME FUND INSTITUTIONAL CL | B | Interest | J | T | | | | | |
| 6. EQUITY INCOME FUND-SEL J.P. MORGAN FUNDS | D | Interest | K | T | | | | | |
| 7. GLENMEDE FUND, INC: LARGE CAP 100 PORTFOLIO | D | Interest | | | Sold | 02/11/19 | J | A | |
| 8. INCOME FUND CLASS P PIMCO FUNDS INST/ADMIN CLASS | D | Interest | K | T | | | | | |
| 9. INTERNATIONAL GROWTH I JOHN HANCOCK FUNDS | D | Interest | J | T | | | | | |
| 10. INTERNATIONAL SMALL COMPANY FUND Y OPPENHEIMER FUNDS | C | Interest | | | Sold | 12/09/19 | J | A | |
| 11. JOHN HANCOCK DISCIPLINED VALUE MIDCAP FUND CLASS | B | Interest | J | T | | | | | |
| 12. MATTHEWS JAPAN FUND | B | Interest | J | T | | | | | |
| 13. MATHEWS PACIFIC TIGER FUND | D | Interest | J | T | | | | | |
| 14. PNC MULTI-FACTOR SMALL CAP CORE FUND CLASS I | A | Interest | | | Sold | 07/10/19 | K | D | |
| 15. PRINCIPAL FDS INC MIDCAP BLEND P | B | Interest | J | T | | | | | |
| 16. VOYA FDS INTER BID FD I | C | Interest | K | T | | | | | |
| 17. VOYA STRATGIC | C | Interest | J | T | Buy | 09/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 09/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  VOYA STATGIC | C | Interest | L | T | Buy | 09/03/19 | K | | |
| 19.  CALVERT SMALL | C | Interest | K | T | Buy | 07/10/19 | K | | |
| 20.  CALVERT SMALL | C | Interest | J | T | Buy | 07/10/19 | K | | |
| 21.  BLACKROCK HEALTH SCI OPPS INST | D | Interest | K | T | | | | | |
| 22.  BLUE CHIP GROWTH T ROWE PRICE | E | Interest | L | T | | | | | |
| 23.  COHEN ANFD STEERS REALTY INCOME FUND INSTITUTIONAL CL | B | Interest | K | T | | | | | |
| 24.  EQUITY INCOME FUND-SEL J P MORGAN FUNDS | D | Interest | L | T | | | | | |
| 25.  GLENMEDE FUND, INC: LARGE CAP 100 PORTFOLIO | D | Interest | | | Sold | 02/11/19 | K | A | |
| 26.  INCOME FUND CLASS P PIMCO FUNDS INST/ADMIN CLASS | D | Interest | M | T | | | | | |
| 27.  INTERNATIONAL GROWTH I JOHN HANCOCK FUNDS | D | Interest | K | T | | | | | |
| 28.  INTERNATIONAL SMALL COMPANY FUND Y OPPENHEIMER FUNDS | D | Interest | | | Sold | 12/09/19 | J | A | |
| 29.  JOHN HANCOCK DISCIPLINED VALUE MID CAP FUND CLASS | A | Int./Div. | K | T | | | | | |
| 30.  MATTHEWS JAPAN FUND | D | Interest | K | T | | | | | |
| 31.  MATTHEWS PACIFIC TIGER FUND | A | Interest | L | T | | | | | |
| 32.  PNC MULTI-FACTOR SMALL CAP CORE FUND CLASS I | D | Interest | | | Sold | 07/10/19 | K | A | |
| 33.  MFS INTERNATIONAL DIVERSIFIED FUND | A | Interest | J | T | Buy | 09/03/19 | J | | |
| 34.  PRINCIPAL FDS INC MIDCAP BLEND P | D | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.    VOYA FDS INTER BD FD I | C | Interest | L | T | | | | | |
| 36.    ISHARES USA MINIMUM VOLATILITY FACTOR ETF | B | Interest | K | T | Buy | 09/03/19 | J | | |
| 37.    Loren Hazel Investment Group | E | Int./Div. | | | Sold | 01/01/19 | M | F | LOREN HAZEL INV. GRP. |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scriven , Mary S.** | 09/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LOREN HAZEL TRANSACTION CLOSED ON DECEMBER 27, 2018. IT MAY HAVEA BEEN OMMITED FROM 2018 REPORT BY OVERSIGHT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Mary S. Scriven**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544